UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY PYLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>ACCESS CAPITAL SERVICES, INC.,<br><br>Defendant(s). | Civil Case Number: 3:20-cv-253<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

The parties, by their counsel, having reached agreed settlement of the above captioned action, an Order is hereby entered Dismissing the complaint.

Dated: July 26, 2021

Respectfully submitted,

ROBERT P. COCCO, P.C.

/s/Robert P. Cocco
By:  Robert P. Cocco, Esquire
Pa. Id. No. 61907
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 351-0200
Attorney for Plaintiff

**Ordered and Approved by the Court:**

**HON. STEPHANIE L. HAINES**
**UNITED STATES DISTRICT JUDGE**